**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TQP DEVELOPMENT, LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**YORK SECURITIES, INC.,**<br><br>  Defendant. | **Civil Action No. 2:12-cv-71-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

**STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE**

The plaintiff TQP Development, LLC and defendant York Securities, Inc. pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

SO STIPULATED:

Dated:  January 23, 2013                               Respectfully submitted,

| | |
|---|---|
| By: \s\ *Eric B. Hall*<br>Eric B. Hall (Texas Bar No. 24012767)<br>ehall@fulbright.com<br>Fulbright & Jaworski L.L.P.<br>Fulbright Tower<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Tel: (713) 651-5151<br>Fax: (713) 651-5246<br><br>**Attorney for Defendant<br>YORK SECURITIES, INC.** | By: \s\  Adam S. Hoffman<br>Adam S. Hoffman<br><br>Marc A. Fenster, CA SB No. 181067<br>Email: mfenster@raklaw.com<br>Kevin P. Burke, CA SB No. 241972<br>Email: kburke@raklaw.com<br>Adam S. Hoffman, CA SB No. 218740<br>Email: ahoffman@raklaw.com<br>Alexander C.D. Giza, CA SB No. 212327<br>Email: agiza@raklaw.com<br>Russ August & Kabat<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-699 |

|  | Hao Ni<br>Texas Bar No. 24047205<br>hni@nilawfirm.com<br>**Ni Law Firm, PLLC**<br>8140 Walnut Hill, Ste. 310<br>Dallas, TX 75231<br>Telephone: 972.331.4602<br>Fax: 972.314.0900<br><br>Andrew W. Spangler, State Bar No. 24041960<br>Email: spangler@sfipfirm.com<br>Spangler & Fussell P.C.<br>208 N. Green St., Suite 300<br>Longview, TX 75601<br>Telephone: (903) 753-9300<br>Facsimile: (903) 553-0403<br><br>James A. Fussell, III, State Bar No. 2003193<br>Email: fussell@sfipfirm.com<br>Spangler & Fussell P.C.<br>211 N. Union Street, Suite 100<br>Alexandria, VA 22314<br>Telephone: (903) 753-9300<br>Facsimile: (903) 553-0403<br><br>**Attorneys for Plaintiff**<br>**TQP DEVELOPMENT, LLC** |
| --- | --- |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Adam S. Hoffman*
Adam S. Hoffman